**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*March 2, 2018*
Page 1
Consultation Report

## TREMAYNE DURHAM
Male DOB:11/04/1974 Booking #:647007 SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**01/03/2018 - Consultation Report: NEUROSURGERY CONSULTATION**
**Provider: Ihuoma Nwachukwu, MD**
**Location of Care: NJ Department of Corrections**

NEUROSURGERY CONSULTATION

01/03/2018

RE:  TREMAYNE DURHAM
DOB:  11/04/1974
SBI#:  OS01613467
Ordering Provider:  cmsnwa3

This inmate was evaluated at the clinic on January 3, 2018.  He complained of
low back pain which has been going on for many years.  There are no complaints
of leg pains or paresthesias.

On examination, I find no neurological impairment.  There is some limited
range of motion in the lumbar spine in all directions secondary to discomfort.

I personally reviewed an MRI scan of his lumbar spine and see lateral facet
hypertrophy which is causing some impingement of the lumbar roots.

It is my impression that this inmate has lumbar stenosis.

My recommendation is use of nonsteroidal anti-inflammatories.  He should avoid
impact aerobics.  Stretching exercises and flexion will be of benefit.  This
all may be done at physical therapy or on his own.  If his symptoms do not
improve, he would be a good candidate for lumbar epidural steroid injections.

Francis J. Pizzi, MD

mts/1630604/31

**Electronically Signed by Ihuoma Nwachukwu, MD on 01/07/2018 at 11:56 PM**

New Jersey State Prison-Main
*, Trenton, NJ,

11/11/201..
Page 1 of 1
Test Form

# Test Form

| Ordering Provider: | Ashraf Haggag, MD | Service Provider: | Medical Equipment |
|---|---|---|---|
| Unique Identifier: | coz3af6 | | NJDOC |

| Phone: | | Phone: | |
| Fax: | | Fax: | |

| Patient Name: | TREMAYNE DURHAM | DOB: | 11/4/1974 | Age: | 45 |
|---|---|---|---|---|---|
| Address: | NJSP-WEST-2 LEFT-FLATS-CELL 26 | Sex: | M | SSN: | |
| Resp. Provider: | | | | | |

SBI# OS01613467
Booking # 647007

Primary Insurance
| Company: | NJDOCIC |
| Plan: | NJDOCIP |
| Group #: | |
| Policy #: | |
| Insured Party: | |

| Code | Description | |
|---|---|---|
| EQ007 | Cane | |
| | Auth#: | |
| | Quantity: | 1 |
| | Start Date: | 11/11/2019 |
| | Priority: | Normal |
| | Instructions: | Use for ambulation for 6 months |
| | | Hx of spinal stenosis |

TREMAYNE DURHAM, CIVIL ACTION
Plaintiff
v.
No.

B. DAVIS
Administrator, et Al
Defendants

Declaration

Pursuant to 28 U.S.C. 1746 I
Declare under The penalty of Perjury
The following is true and correct.

① I, Martin Robles 800259.B is
Presently Confined at NewJersey
State prison 7 uP 10 tier 10cell

② On 5.23.2020 I overheard Tremayne
Durham #647007 sBi Oso1613467 tell
Nurse west he was having excruciating
back pain and needed to see the
doctor. And needed his Cane also.
Nurse west Said That there is
Nothing that he Can do about his
back pain and that he didn't need
his cane here in quarantine, he
can wait until you get to population

Declaration Continued.

(3) On 5-24-2020 Tremayne Durham told C.O. B. Correa That he was having serious back pain and also requested access to his Conc.

(4) I have observed Tremayne Durham hunched over with a look of Pain and d's comfort since being over here in quarantine.

Martin Valdez
305586 - 8002598

5-24-2020

Exhibit D

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY



R.G.



CIVIL ACTION No.

DECLARATION
OF ROBERTO GRILL

Pursuant to 28 U.S.C. 1746, I declare under penalty of pergury the following is true and correct.

1. I Roberto Grillo #609227-C State #1195482 is presently confined at New Jersey State Prison.

2. I was placed in quarantine, 7 up 10 tier for testing positive for the Corona Virus, location 13 cell.

3. From 5/22/2020 their have been no forms for inquiries, grevances or medical request to present.

4. The JPAY/Kiosk has been broken, which is used to write inquiries, grevances, medical request form 5/22/2 to present.

Exhibit D-1

Roberto Grillo          609227-C
Page 2    Declaration Continued

5. On 5/23/2020 Tremagne Durham requested help from nurse West about his back pain and access to his cane. Nurse West told T. Durham their was nothing he could do about his back pain and he could wait to get out of quarentine to get his cane.

6. On 5/24/2020 I overheard Tremayne Durham tell C.O. B. Correra he was having serious back problems and also requested access to his cane.

7. On 5/25/2020 Tremayne Durham sequested cane and relayed back pain to C.O. B. Correra.

8. On 5/26/2020 Tremayne Durham alerted C.O. K. Vega about access to his cane and his back pain.

9. On 5/27/2020 Tremayne Durham told C.O. B. Correra about his back pain and about his cane. Tremayne Durham relayed to Sue Spinglor about his back pain and his inability to access his cane. Spinglor said she would try to get some sick call slips.

Exhibit D-2

Roberto Grillo    609227-C
Page 3 Declaration Continued

10. On 5/28/2020 Tremayne Durham asked Sue Spingl about back pain and access to his cane. T. Durham relayed to nurse West about his access to his cane and his back pain.

11. On 5/29/2020 Tremayne Durham told C.O. Harr C.O. J. Rodriguez, C.O. Gutowski about his back pa and his need for his cane.

12. 5/30/2020 Tremayne Durham told nurse Obo about his serious back pain and need to access his cane.

13. 5/31/2020 Tremayne Durham asked nurse Obo about his back pain and need to have his cane.

#609227-C  Robr Llr
6-21-2020

TREMAYNE DURHAM | Civil Action
Plaintiff | No. _____
v.
B. DAVis, et Al | Declaration
Defendants

Persuant to 28 U.S.C. 1746, I
declare under penalty of Perjury The
following is true and correct.

① I Martin Robles II 800259-B is presently
confined at N.S.S.P.

② On 5.22.2020 I was placed in quarantin
1 up 10 tier 10 cell

③ On 5.22.2020 Tremayne Durham
asked C.O. B. Corree about his access
To his cane and access to a shower
chair when he showers. That he has
a serious back problem diagnosed
as lumbar stenosis, C.O. B. Corree
said he would look into it. later on
The sameday C.O. W. Gray worked on
The tier and Mr. Tremayne Durham
repeated the same thing;

Pg 2

3 cont

in regards to his access to a shower chair when he showers and his cane, because of his back condition and pain. C.O. W. Gray said that he would look into it and tell the sargent.

(B) Since arriving in quarantine on 5-22-20 to present. No supervisors are available. Sergents, lieutents, etc. to relay any inquiry or grievance.

(D) On. 5-28-2020 nurse west was told by Tremayne Durham that he needs to see a doctor or someone to assist him in getting his cane and shower chair for the shower due to his serious back condition lumbar stenosis. Nurse west said he would look into it; a white older male medical staff was with him and agreed to look into it too.

Marti Valdez 800250B

5-29-2020

Exhibit F

TREMAYNE DURHAM,
Plaintiff

v

B. DAVIS
Administrator, et al
Defendants

CIVIL ACTION
No._____

DECLARATION

Pursuant to 28 U.S.C. 1746, I declare
under penalty of perjury the following
is true and correct.

1. I, Saidin Thompson    # 5755143
# 561009C presently am confined at
New Jersey State Prison, in quarantine located
at 1up 10 tier cell __ ; I have been
here since 5/2?/2020 to present.

2. The Kiosk has been broke since being here
which would be used for inquiries and grievan-
ces to a variety of department including medical.
Also their are no grievance forms available such
as remedy forms for inquiries or grievances and
medical request forms for sick call since
5/22/20 to present.

Exhibit G

Page: 1

| Ref# NJSP20022892 | Housing:NJSP-WEST-2 LEFT-FLATS-CELL 26 | Date Created:06/11/2020 |
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Medical | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*6/11/2020 8:02:52 PM : ( os01613467 ) wrote*
I have a pre-existing back condition, I use a cane and take medication, i wasnt screened prior to being placed in quarantine.  5/2/20 I was placed in 7up 10 tier.  I experienced back pain, the kiosk was broken, no remedy forms for inquiry,grivance or sick call forms available.  Verbally relayed back pain issue to various medical staff and c.o.'s on various days, my requests were never remedied.  Ultimately on 5/31/20 I was in the shower with no handrails.  I experienced severe back pain down to my legs and I fell this caused me pain.  The following staff were alerted of my back pain : c.o.'s b. correa, w. gray, w.vincente, harris, j. rodriguez, vega,gutowski etc, medical staff : nurse west, dbo, spingler,dr. maljean.

Communications / Case Actions
*6/11/2020 8:10:10 PM : ( Susan Spingler ) wrote*
This inquiry will be referred to nursing management for review.

Exhibit G-3

Civil Action No.

Pursuant to 28 U.S.C 1746 I <u>Andre Mells</u> declare under the penalty of perjury the following is true and correct.

1. I Andre Mells     #871359     #452119C am incarcerated at New Jersey State Prison Third and Federal Street Trenton NJ 08625 I am housed on 2left 62 cell.

2. On 12/11/2020 while in my cell I heard O.F.C. L. Jovanovic tell O.F.C. Z. Goodwin Durham has filed lawsuits on C.O.'s if he goes to quarantine again he will make sure he doesn't get his cane that's his problem.

3. O.F.C. Z. Goodwin said he agreed and Durham writes too many grievances and has filed lawsuits why should we have to help him with his cane.

Uccl308 Andre Mells
12·12·20

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

## TREMAYNE DURHAM
Male DOB:11/04/1974 Booking #:647007 SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**05/31/2020 - Office Visit: Infirmary Rounds Admission - PM**
**Provider: Mobolanle Ebo, RN**
**Location of Care: New Jersey State Prison**

## Vital Signs
Ht: **73** in. inches

## Body Mass Index in-lb
**Height (in):** 73

## AST to Platelet Ratio Index (APRI)
**SGOT (AST):** 17
**Platelets:** 248 THOUSAND/UL

T: **99.0** deg F. T site: **tympanic** R: **18** BP: **137/75**
**Radial Pulse rate:** 112 **Rhythm:** regular **Pulse Ox:** 98
**Blood Pressure:** 137/75 mm Hg

## Peak Flow

## Orientation Level
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

## Nurse SOAP Note-subjective
**Reason for visit:** Infirmary Rounds
**Chief Complaint:** Lower back pain
**Mental Health High-Risk Inquiry Incident:**
**Review of Systems**
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.

**Cardiovascular:** Denies chest pains, palpitations, syncope, dyspnea on exertion, orthopnea, PND, peripheral edema.
**Respiratory:** Denies cough, dyspnea, excessive sputum, hemoptysis, wheezing.
**Gastrointestinal:** Denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena, hematochezia, jaundice.
**Musculoskeletal:** Complains of back pain. Denies joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, arthritis. lower back pain
**Skin:** Denies rash, itching, dryness, suspicious lesions.
**Psychiatric:** Denies depression, anxiety, memory loss, mental disturbance, suicidal ideation, hallucinations, paranoia.

## Nurse Physical Exam

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 22, 2020*
Page 2
Office Visit

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

### General
**Comments:** Lower back pain
Patient was seen by the Infirmary nurse in 10th floor on 7th wing at about 04:45 PM. He was seen on the floor, lying on his Rt side. He was asked what happened? Patient stated, that he was inside the bathroom and as he was about to take his cloths off, he started experiencing sharp pain at his lower Left back and immediately his both legs became shaky and weak, so,he gently lowered himself to the floor. On assessment, he was noted lying on his Rtight side, he is alert and awake and oriented. He is able to lift both lels up amd both upper extremities up with discomfort. He stated the pain level is 10/10 on a pain scale level at his lower back. Vitals signs was done - WNL. He is NOT Diabetic. The Provider on-call - Dr Ahsan was called and made aware. Dr Ahsan gave order-admit to infirmary, Give tab Ibuprofen 800 mg 1 tab TID PO daily x 5 Days. Patient to be reviewed tomorrow AM by in-house provider. Patient is  AAAO x 3, respiration even and unlabored. Vitals signs done - WNL.  He was medicated as per Dr's Ahsan ordered. Patient was moved from 7 wing to Infirmary, he is s monitored accordingly and he is in bed lying on his abdomen, resting in bed. He offers no complaints,  Will continue to monitor as needed.

### Cardiovascular System
**Skin Temperature:** Normal
**Edema:** No
**Nails:** Pink

### Respiratory System
**Breathing:** Normal
**Cough:** Not Present
**Chest:** Symmetrical

### Breath Sounds
**Pulse Ox:** 98

### Nurse Physical Exam

### Neurological
**Evidence of injury:** Yes
**Where:** Lower back pain
**LOC:** Alert
**Speech:** Clear
**Pupils:** Equal, Reactive to Light, Accommodation
**Gait:** Normal
**Balance:** Normal
**Range of Motion:** Full
**Tremors:** No
**Seizures Present:** No
**Upper Extremity Muscle Strength:** Normal
**Right/Left Equal:** Yes
**Lower Extremity Strength:** Abnormal
**Right/Left equal:** No
**Comments:** Lower back pain

Exhibit H 2

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*December 22, 2020*
Page 1
Office Visit

## TREMAYNE DURHAM
Male DOB:11/04/1974 Booking #:647007 SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**05/31/2020 - Office Visit: Infirmary Night Rounds**
**Provider: Kenneth Bass, RN**
**Location of Care: New Jersey State Prison-Main**

## Vital Signs
Ht: **73** in. inches

## Body Mass Index in-lb
**Height (in):** 73

## AST to Platelet Ratio Index (APRI)
**SGOT (AST):** 17
**Platelets:** 248 THOUSAND/UL

T: **97.5** deg F. R: **15** BP: **113/71**
**Radial Pulse rate:** 69 **Pulse Ox:** 98
**Blood Pressure:** 113/71 mm Hg

## Peak Flow

## Orientation Level
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

## Nurse SOAP Note-subjective
**Reason for visit:** Infirmary Rounds
**Chief Complaint:** lower back pain
**Mental Health High-Risk Inquiry Incident:**
## Review of Systems
**General:** Denies fevers, chills, sweats, anorexia, fatigue, malaise, weight loss.

**Musculoskeletal:** Complains of back pain, muscle weakness. Denies joint pain, joint swelling, muscle cramps, stiffness, arthritis.

## Nurse Physical Exam

## General
**Comments:** pt rec'd in bed prone on bed aaox3. c/o continued lower back pain, weakness, 10/10. writer did not see pt attempt to turn over for vitals. prone vitals stable wnl. will continue to monitor.

## Respiratory System

Exhibit H-2

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*December 22, 2020*
Page 1
Append

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**06/01/2020 - Append: Dr. Infirmary Rounds 6/1/2020**
**Provider: Carol Milroy, RN**
**Location of Care: New Jersey State Prison-Main**

noted
inmate received his Toradol injection in the clinic

**Electronically Signed by Carol Milroy, RN on 06/01/2020 at 10:40 PM**

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

## TREMAYNE DURHAM

Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**06/01/2020 - Office Visit: Dr. Infirmary Rounds 6/1/2020**
**Provider: Robin Miller, MD**
**Location of Care: New Jersey State Prison-Main**

## Vital Signs
Ht: **73** in.  inches

## Body Mass Index in-lb
**Height (in):** 73

## AST to Platelet Ratio Index (APRI)
**SGOT (AST):** 17
**Platelets:** 248 THOUSAND/UL

T: **97.4** deg F.  R: **18**  BP: **113/70**
 **Apical Pulse rate:** 71  **Pulse Ox:** 97
**Blood Pressure:** 113/70 mm Hg

## Peak Flow

## Orientation Level
**Oriented to time?** Yes
**Oriented to place?** Yes
**Oriented to person** Yes

## Doctor Visit: subjective

## From Doctor Visit
**Referral Source:** infirmarylow back pain so bad not walking, motrin 800mg not much help. He was going
ot gta steroid injection of back
**Dr Visit Chief Complaint:** infirmary
**Reason for Visit:** Infirmary Visit
**Mental Health High-Risk Inquiry Incident:**

## Review of Systems
**Musculoskeletal:** Complains of back pain, joint pain.

## Physical Exam
**General appearance:** in mild distress not moving in bed

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

## Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

**Lymphatic**
**Neck:** no cervical adenopathy

**Musculoskeletal**
**Gait and station:** in bed

**Skin**
**Inspection:** no rashes, lesions, or ulcerations

**Mental Status Exam**
**Orientation:** oriented to time, place, and person

## Assessment
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

Medications:

KETOROLAC TROMETHAMINE (IM) 60 MG/2ML SOLN (KETOROLAC TROMETHAMINE) give a shot
now

## Plan:
low back pain continue motrin 800mg and trial of toradol 60mg today

## Disposition
**Disposition:** return for followup
**Return in:** 1
Day(s)

## Copay

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

## Orders to be Processed and/or Transcribed

### New or Changed Medications & Immunizations
KETOROLAC TROMETHAMINE (IM) 60 MG/2ML SOLN (KETOROLAC TROMETHAMINE) give a shot
now

Exhibit I (b)

| Ref# NJSP20023739 | Housing:NJSP-WEST-2 LEFT-FLATS-CELL 26 | Date Created:06/17/2020 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Medical | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*6/17/2020 5:51:21 PM : ( os01613467 ) wrote*
I would like to know the status of the request I put in for my medical records?.

Communications / Case Actions
*6/20/2020 10:39:59 PM : ( Susan Spingler ) wrote*
You will be scheduled to pick up records when they are ready.  Please noted medical records has up to 30 from there receipt for you to receive your records.

| Ref# NJSP20029780 | Housing:NJSP-WEST-2 LEFT-FLATS-CELL 26 | Date Created:07/26/2020 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Medical | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*7/26/2020 9:31:11 AM : ( os01613467 ) wrote*
Once again I am writing to you about the recent request I put in for medial records it has been over 30 days already and this is the second time I am asking you about the status of my medical records?.

Communications / Case Actions
*7/26/2020 8:16:58 PM : ( Susan Spingler ) wrote*
This will be referred to medical records for a response.

| Ref# NJSP20030768 | Housing:NJSP-WEST-2 LEFT-FLATS-CELL 26 | Date Created:08/01/2020 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Medical | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*8/1/2020 8:46:17 PM : ( os01613467 ) wrote*
In regard to NJSP20029780 it has been over 30 days and I still have not received my recently requested medical records.

Communications / Case Actions
*8/6/2020 1:27:07 PM : ( Kelitta Mosley-Massenet ) wrote*
Sorry for the wait and thanks for your patience, I will give this request to medical records today.

*8/6/2020 6:08:25 PM : ( os01613467 ) wrote*
This is not the first time there has been a delay in me receiving my medicl records, their should be a better accounting such as requesting medical records on the kiosk etc,

*11/23/2020 4:41:16 PM : ( Darneth Amantine ) wrote*
Your request was given to medical records as stated above

| Ref# NJSP20036464 | Housing:NJSP-WEST-2 LEFT-FLATS-CELL 26 | Date Created:09/06/2020 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Medical | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
*9/6/2020 6:02:47 PM : ( os01613467 ) wrote*
It has been over 2 months now since I have requested my medical records and I still have not received them?.

Communications / Case Actions
*9/7/2020 7:14:59 AM : ( Susan Spingler ) wrote*
Your inquiry will be given to medical records for a response.



## State of New Jersey
### OFFICE OF THE CORRECTIONS OMBUDSMAN
WHITTLESEY ROAD
P.O. BOX 855
TRENTON, NJ 08625

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

DAN DIBENEDETTI
*Corrections Ombudsman*

October 29, 2020

Tremayne Durham #OS01613467
New Jersey State Prison
PO Box 861
Trenton, New Jersey 08628

Dear Mr. Durham:

This correspondence will acknowledge your letter to this office dated September 3, 2020 and your telephone call received on September 16, 2020 regarding medical records.

I have referred your concerns to the NJSP Medical Patient Advocate to determine if your request for medical records has been processed. If you have not received your records, please contact this office.

I hope that you find this information to be of help to you.

Sincerely,

Melissa Matthews
Assistant Ombudsman

C: File



### State of New Jersey

OFFICE OF THE CORRECTIONS OMBUDSMAN
WHITTLESEY ROAD
P.O. BOX 855
TRENTON, NJ 08625

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

DAN DIBENEDETTI
*Corrections Ombudsman*

November 17, 2020

Tremayne Durham #OS01613467
New Jersey State Prison
PO Box 861
Trenton, New Jersey 08628

Dear Mr. Durham:

This correspondence will acknowledge your letter to this office dated November 9, 2020 and November 13, 2020 regarding medical records.

I have been in contact with the Acting Medical Records Clerk. Unfortunately there is a back log in processing. The Medical Records Clerk is looking for the request and suggested you complete another one in the event they cannot locate it. I have enclosed a blank form. I will hand deliver it to medical if you return it to this office.

I hope that you find this information to be of help to you.

Sincerely,

Melissa Matthews
Assistant Ombudsman

Enclosure(s)
C: File



## State of New Jersey
### OFFICE OF THE CORRECTIONS OMBUDSMAN
WHITTLESEY ROAD
P.O. BOX 855
TRENTON, NJ 08625

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

DAN DIBENEDETTI
*Corrections Ombudsman*

December 21, 2020

Tremayne Durham #OS01613467
New Jersey State Prison
PO Box 861
Trenton, New Jersey 08628

Dear Mr. Durham:

This correspondence will acknowledge your letter to this office dated December 1, 2020 and December 7, 2020 regarding medical records and mail.

I hand delivered your original MR-022 Request for Medical Records to the Medical Records Clerk for processing. I have been advised that once your request has been processed you will be called down to the Medical Department to pick up your records. A copy of your request will remain on file with this office. Records request take approximately thirty (30) days for processing. If you don't receive the records by the end of next month, please contact this office.

You could have your family sent correspondence certified mail, but as you have indicated it can be quite pricey. I would recommend doing that only for time sensitive or very important mail. I have received several complaints regarding mail and have been advised by Mailroom Sgt. Mendoza that there have been major delays with the United State Postal Service.

I hope that you find this information to be of help to you.

Sincerely,

Melissa Matthews
Assistant Ombudsman

C: File

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*