# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TREMAYNE DURHAM,

        Plaintiff,

    v.

G. KELLEY, et al.,

        Defendants.

Civil Action No. 21-4565 (MAS) (LHG)

**ORDER**

    This matter having been opened to the Court by Plaintiff's filing of a Complaint raising claims under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis* ("IFP application") (ECF No. 1), the Court having screened the Complaint for dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(a), and for reasons stated in the Opinion accompanying this Order,

    **IT IS** on this *13rd* day of *October*, 2021, **ORDERED** that:

1. Plaintiff's complaint (ECF No. 1) is dismissed **WITHOUT PREJUDICE** for failure to state a claim for relief.

2. Plaintiff may submit an Amended Complaint within 30 days of his receipt of the Court's Order and accompanying Opinion.

3. The Clerk of the Court shall send a copy of this Order and the accompanying Opinion to Plaintiff at the address on file and shall **CLOSE** the file.

                                                                                                                       

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**