UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TREMAYNE DURHAM,

          Plaintiff,

v.

G. KELLEY, et al.,

          Defendants.

Civil Action No. 21-4565 (MAS) (LHG)

**ORDER**

This matter having been opened to the Court by Plaintiff's October 17, 2021 letter (ECF No. 4) asking the Court to enter a final order in this matter as Plaintiff does not intend to amend his complaint,

IT IS on this 8th day of November, 2021, **ORDERED** that:

1. The Clerk shall **REOPEN** the case by making a new and separate docket entry reading "CIVIL CASE REOPENED."

2. Plaintiff's complaint (ECF No. 1) is dismissed **WITH PREJUDICE** for failure to state a claim for relief.

3. The Clerk of the Court shall send a copy of this Order to Plaintiff at the address on file and shall **CLOSE** the file.

                                                        MICHAEL A. SHIPP
                                                        UNITED STATES DISTRICT JUDGE