RECEIVED

DEC 2 2 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-3187

**ADDENDUM TO AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

**Notice to Litigant:** The Prison Litigation Reform Act of 1995, effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing or docketing fees for prisoners who are granted leave to proceed in forma pauperis. This applies to original proceedings and appeals from decisions in civil actions or proceedings. Once a prisoner has been granted leave to proceed in forma pauperis, the prisoner is obligated to pay the entire filing and/or docketing fee in the manner prescribed by statute, regardless of the outcome of the proceeding or appeal.

Prisoners proceeding in forma pauperis are now required to pay an initial partial filing fee, and thereafter periodic payments will be made from the prisoner's institutional account until the entire fee has been paid. 28 U.S.C. §1915 (b)(1). If a prisoner does not have sufficient funds to pay the initial partial fee, the prisoner will not be prohibited from proceeding. Once there are sufficient funds in the prisoner's account, however, funds will be collected in the manner prescribed by the statute until the entire fee has been paid. 28 U.S.C. §1915 (b)(4). The obligation to pay the fees and any subsequent costs continues even if the prisoner is transferred or released from custody.

**Therefore, you should consider carefully whether you wish to go forward with an appeal or proceeding before you submit an affidavit in support of motion to proceed in forma pauperis to this Court.**

---

The Act has amended § 1915 to require that you submit an affidavit in support of motion to proceed in forma pauperis that includes a statement listing all of your assets. 28 U.S.C. § 1915(a)(1). Therefore, when completing the attached affidavit, you must include a complete listing of your assets. You also must complete the following certification:

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that I have the sum of $420 _____ in my prison account at (name of institution in which your are confined) New Jersey State Prison _____.

Rev. 9/97

_Lemayne Durham_
Applicant's Signature

Print Form

## Affidavit accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for the **District** of **New Jersey**

**TREMAYNE DURHAM**
  Plaintiff

v.

**G. KELLEY, et al**

  Defendants

D.C. Case No. **3:21-cv-04565-MAS-LHG**

Third Cir. No. **21-3187**

### Affidavit In Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621)

Signed: *Tremayne Durham*

### Instructions

Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number.

Date: **12/7/2021**

My issues on Appeal are: District Court's dismissal of the ADA and Rehabilitation Act and claims for injunctive relief and damages.

1

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | Your Spouse |
| Employment | $ 30 | $ n/A |
| Self-Employment | $ n/A | $ n/A |
| Income from real property (such as rental income) | $ n/A | $ n/A |
| Interest and Dividends | $ n/A | $ n/A |
| Gifts | $ n/A | $ n/A |
| Alimony | $ n/A | $ n/A |
| Child Support | $ n/A | $ n/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ n/A | $ n/A |
| Unemployment payments | $ n/A | $ n/A |
| Disability (such as social security, insurance payments) | $ n/A | $ n/A |
| Public Assistance (such as welfare) | $ n/A | $ n/A |
| Other (specify): _____ | $ n/A | $ n/A |
| Total monthly income | $ 30 approximately | $ n/A |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| NJSP | P.O. Box 861 Trenton, NJ 08625 | 2010 to present | 30 |
| n/A | n/A | n/A | n/A |
| n/A | n/A | n/A | n/A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| n/A | n/A | n/A | n/A |
| n/A | n/A | n/A | n/A |
| n/A | n/A | n/A | n/A |

4. How much cash do you and your spouse have? $ n/A

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| n/A | n/A | $ n/A | $ n/A |
| n/A | n/A | $ n/A | $ n/A |
| n/A | n/A | $ n/A | $ n/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle # 1 (Value) | |
|---|---|---|---|---|---|
| n/A | n/A | n/A | n/A | | |
| n/A | n/A | n/A | n/A | Make & year: | n/A |
| | | | | Model: | n/A |
| | | | | Registration #: | n/A |

| Motor Vehicle # 2 (Value) | | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| | | 0 | | 0 | |
| Make & year: | n/A | 0 | | 0 | |
| Model: | n/A | 0 | | 0 | |
| Registration #: | n/A | | | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/A | n/A | n/A |
| n/A | n/A | n/A |
| n/A | n/A | n/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| n/A | n/A | n/A |
| n/A | n/A | n/A |
| n/A | n/A | n/A |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? ☐ yes ☐ no Is property insurance included? ☐ yes ☐ no | $ n/A | $ n/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ n/A | $ n/A |
| Home maintenance (repairs and upkeep) | $ n/A | $ n/A |
| Food | $ 25 | $ n/A |
| Clothing | $ n/A | $ n/A |
| Laundry and dry-cleaning | $ n/A | $ n/A |
| Medical and dental expenses | $ n/A | $ n/A |
| Transportation (not including motor vehicle payments) | $ n/A | $ n/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ n/A | $ n/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ n/A | $ n/A |
| Homeowners or renters | $ n/A | $ n/A |
| Life | $ n/A | $ n/A |
| Health | $ n/A | $ n/A |
| Motor Vehicle | $ n/A | $ n/A |
| Other: | $ n/A | $ n/A |
| Taxes (not deducted from wages or included in mortgage payments)(specify): n/A n/A | $ n/A | $ n/A |

5

|                                                                                | You       | Your Spouse |
|--------------------------------------------------------------------------------|-----------|-------------|
| Installment payments                                                           | $ n/A     | $ n/A       |
| Credit Card (name): _____                                                     | $ n/A     | $ n/A       |
| Department Store (name): ___                                                   | $ n/A     | $ n/A       |
| Other: telephone, stamps                                                       | $ 30      | $ n/A       |
| Alimony, maintenance and support paid to others                                | $ n/A     | $ n/A       |
| Regular expenses for operation of business or farm (attach detailed statement) | $ n/A     | $ n/A       |
| Other (specify): _____                                                        | $ n/A     | $ n/A       |
| **Total monthly expenses:**                                                    | $ 55      | $ n/A       |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you paid _____ Or will you be paying _____ an attorney any money for services in connection with this case, including the completion of this form? no

☐ Yes   ☒ No   If yes, how much? $ _____

If yes state the attorney's name, address and telephone number:

_____
_____
_____

6

11. Have you paid ____ Or will you be paying ____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

☐ Yes   ☑ No   If yes, how much? $ _____

If yes state the person's name, address and telephone number:

n/A
n/A
n/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. n/A

13. State the address of your legal residence.

New Jersey State Prison, P.O. Box 861
Trenton, NJ 08625

Your daytime telephone number: (__) n/A

Your age: 49   Your years of Schooling: 12th grade
                                        1 year of college

7

Rev: 12/1/08

## AUTHORIZATION FOR WITHDRAWAL OF FUNDS

**NOTICE TO PRISONER:** You are directed to complete the following form. Part A of the form must be returned to the Clerk. Part B of the completed form shall be returned to the prison official in charge of the prisoner account.

**PART A**

I, Tremayne Durham #647007, #OSO1613467 (Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_____ Signature of Prisoner

12/7/2021
Date

---

**PART B**

I, Tremayne Durham #647007/ SBI# OSO1613467 (Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_____ Signature of Prisoner

12/7/2021
Date

(Rev. 5/00)

COZ3BB5        NEW JERSEY STATE PRISON        OTRTASTA

TRUST ACCOUNT STATEMENT

STATEMENT DATE: 06/14/2021 - 12/14/2021

| SBI #: | OS01613467 | Name: | DURHAM, TREMAYNE | DOB: | 11/04/1974 |
|---|---|---|---|---|---|
| LOCATION: | NJSP-WEST-1 RIGHT-FLATS-CELL 05 | | | INM# | 647007 |
| PED: | | As of Date: | | Max Rel: | LIFE |

| LOCATION | SUB ACCOUNT | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|
| NJSP | 2101 SPENDABLE | 1,343.50 | 420.45 | |

### DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| COL | COMMISSARY LOAN | 12/18/2009 | @ NJSP | 12.47 | 12.47 | 0.00 | ACTIVE |

### OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|---|
| TCF | TRANSACTION COLLECTION FEE | 12082009 | @NJSP | | 0.00 | UNLIMITED | ACTIVE |

### TRANSACTION DESCRIPTIONS — 2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 1,343.50 |
| 06/14/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10281780 | (27.32) | 1,316.18 |
| 06/14/2021 | NJSP | FPAY | 11A /PAY UN /FPAY /RG:3 20 @ 1.40   05/03/2021-05/31/2021 11A /PAY UN /FPAY /RG:3 10 @ 1.40   06/01/2021-06/14/2021 | 42.00 | 1,358.18 |
| 06/14/2021 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 1,343.18 |
| 06/14/2021 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 1,358.18 |
| 06/15/2021 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (20.00) | 1,338.18 |
| 06/21/2021 | NJSP | CEC | COMMISSARY RETURN - ORD #10281780 | 1.17 | 1,339.35 |
| 06/21/2021 | NJSP | POS | POSTAGE- CLERK OF THE COURT | (0.55) | 1,338.80 |
| 06/22/2021 | NJSP | POS | POSTAGE-CLERK OF COURT USDC | (0.71) | 1,338.09 |
| 06/22/2021 | NJSP | POS | POSTAGE-CLERK OF COURT CLARKSON S FISHER | (0.71) | 1,337.38 |
| 06/22/2021 | NJSP | POS | POSTAGE-CLERK OF COURT CLARKSON FISHER | (0.55) | 1,336.83 |
| 06/24/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10289284 | (17.15) | 1,319.68 |
| 06/24/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 103917844 | (18.00) | 1,301.68 |
| 06/29/2021 | NJSP | POS | POSTAGE-SAMUEL WEISS ESQ | (0.55) | 1,301.13 |
| 07/01/2021 | NJSP | COP | 6 MONTH STATEMENT FOR COURT | 0.00 | 1,301.13 |
| 07/01/2021 | NJSP | COP | MEDICAL RECORDS | (5.00) | 1,296.13 |
| 07/02/2021 | NJSP | POS | POSTAGE | 0.00 | 1,296.13 |
| 07/02/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 104587733 | (12.00) | 1,284.13 |
| 07/07/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 105072313 | (7.00) | 1,277.13 |
| 07/12/2021 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (10.00) | 1,267.13 |

COZ3BB5            **NEW JERSEY STATE PRISON**            OTRTASTA

## TRUST ACCOUNT STATEMENT

### STATEMENT DATE: 06/14/2021 - 12/14/2021

**SBI #:** OS01613467      **Name:** DURHAM, TREMAYNE      **DOB:** 11/04/1974
**LOCATION:** NJSP-WEST-1 RIGHT-FLATS-CELL 05      **INM#** 647007

**TRANSACTION DESCRIPTIONS**      **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| 07/12/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10299312 | (42.39) | 1,224.74 |
| 07/13/2021 | NJSP | POS | POSTAGE-DEPT OF CORR RECORDS | 0.00 | 1,224.74 |
| 07/14/2021 | NJSP | POS | POSTAGE-P. S. DODSZUEWIT | (0.55) | 1,224.19 |
| 07/15/2021 | NJSP | FPAY | 11A /PAY UN /FPAY /RG:3 12 @ 1.40 06/15/2021-06/30/2021 | 16.80 | 1,240.99 |
| 07/15/2021 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 1,225.99 |
| 07/15/2021 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 1,240.99 |
| 07/15/2021 | NJSP | POS | POSTAGE-CLERK OFF USDIS CT OF NJ | (0.71) | 1,240.28 |
| 07/15/2021 | NJSP | OPRA | OPRA FEES-19256 | (1.80) | 1,238.48 |
| 07/21/2021 | NJSP | CEC | COMMISSARY RETURN - ORD #10299312 | 4.65 | 1,243.13 |
| 07/21/2021 | NJSP | POS | POSTAGE- BUSINESS OFFICE | 0.00 | 1,243.13 |
| 07/21/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10306276 | (17.90) | 1,225.23 |
| 07/26/2021 | NJSP | POS | POSTAGE- LAWYER, SAMUEL WEISS | (0.71) | 1,224.52 |
| 07/26/2021 | NJSP | POS | POSTAGE- ROSILYNNE POLK, OREGAN STATE | (0.55) | 1,223.97 |
| 07/28/2021 | NJSP | POS | POSTAGE- UNITED STATES MARSHALL | (0.55) | 1,223.42 |
| 07/29/2021 | NJSP | POS | POSTAGE- CUSTODIAN RECORDS | 0.00 | 1,223.42 |
| 07/30/2021 | NJSP | POS | POSTAGE-DOC | 0.00 | 1,223.42 |
| 08/04/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10315745 | (43.97) | 1,179.45 |
| 08/10/2021 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (20.00) | 1,159.45 |
| 08/11/2021 | NJSP | FPAY | 11A /PAY UN /FPAY /RG:3 21 @ 1.40 07/01/2021-07/30/2021 | 29.40 | 1,188.85 |
| 08/11/2021 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 1,173.85 |
| 08/11/2021 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 1,188.85 |
| 08/12/2021 | NJSP | POS | POSTAGE- COURT OF NJ | (0.55) | 1,188.30 |
| 08/12/2021 | NJSP | POS | POSTAGE- PATRICIA DODZUWELT | (0.55) | 1,187.75 |
| 08/12/2021 | NJSP | POS | POSTAGE- WILLIAM T. WALSH, CLERK OF NJ | (0.91) | 1,186.84 |
| 08/19/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10326830 | (58.09) | 1,128.75 |
| 08/24/2021 | NJSP | POS | POSTAGE-MELISSA MATTHEWS OFFICE | 0.00 | 1,128.75 |
| 08/24/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 108928394 | (1.00) | 1,127.75 |
| 08/26/2021 | NJSP | POS | POSTAGE-MELISSA MATTHEWS | 0.00 | 1,127.75 |
| 08/27/2021 | NJSP | POS | POSTAGE - WILLIAM T. WALSH, CLERK | (55.00) | 1,072.75 |
| 08/31/2021 | NJSP | CDR | CHECK -PRISON LEGAL NEWS-DICTIONARY | (25.95) | 1,046.80 |
| 08/31/2021 | NJSP | CDR | CLERK, US DISTRICT COURT | (505.00) | 541.80 |
| 08/31/2021 | NJSP | CDR | CLERK UNITED STATES DISTRICT COURT | (400.00) | 141.80 |
| 09/02/2021 | NJSP | POS | POSTAGE CLERK OF COURT, US DISTRICT | (0.58) | 141.22 |
| 09/05/2021 | NJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:134712174 | 300.00 | 441.22 |
| 09/05/2021 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 426.22 |
| 09/05/2021 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 441.22 |
| 09/07/2021 | NJSP | POS | POSTAGE CLERK US DISTRICT COURT | (12.40) | 428.82 |

COZ3BB5                                   NEW JERSEY STATE PRISON                                   OTRTASTA

TRUST ACCOUNT STATEMENT

STATEMENT DATE:  06/14/2021  -  12/14/2021

**SBI #:** OS01613467  **Name:** DURHAM, TREMAYNE  **DOB:** 11/04/1974
**LOCATION:** NJSP-WEST-1 RIGHT-FLATS-CELL 05  **INM#** 647007

**TRANSACTION DESCRIPTIONS**        **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| 09/08/2021 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (20.00) | 408.82 |
| 09/08/2021 | NJSP | CDR | PARKWAY SPECIALTY FOODS, LLC | (5.85) | 402.97 |
| 09/08/2021 | NJSP | CEC | COMMISSARY RETURN - ORD #10326830 | 0.82 | 403.79 |
| 09/09/2021 | NJSP | POS | REV GJ#24368600 ENTRY ERROR | 55.00 | 458.79 |
| 09/09/2021 | NJSP | POS | POSTAGE; WILLIAM T. WALSH, CLERK | (0.55) | 458.24 |
| 09/10/2021 | NJSP | CDR | PARKWAY | (172.00) | 286.24 |
| 09/12/2021 | NJSP | JPAY | AUTOPAYMENT: JPAY SETOFF_CODE:134925825 | 300.00 | 586.24 |
| 09/13/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10340836 | (53.53) | 532.71 |
| 09/14/2021 | NJSP | FPAY | 11A /PAY UN /FPAY /RG:3 22 @ 1.40  08/02/2021-08/31/2021 | 30.80 | 563.51 |
| 09/16/2021 | NJSP | CDR | WALKENHORST'S | (59.39) | 504.12 |
| 09/17/2021 | NJSP | CDR | REV GJ#24375893 CLERK UNITED STATES DIST | 400.00 | 904.12 |
| 09/21/2021 | NJSP | POS | JEFFREY CROTHER, ASSISTANT SUPERINT.NJSP | 0.00 | 904.12 |
| 09/23/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10349575 | (22.89) | 881.23 |
| 09/23/2021 | NJSP | POS | SERGEANT MENDOZA MAIL | 0.00 | 881.23 |
| 09/30/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 112113818 | (8.00) | 873.23 |
| 10/01/2021 | NJSP | POS | POSTAGE-CLERK OF COURT, U.S.DISTRICT | (0.73) | 872.50 |
| 10/04/2021 | NJSP | POS | POSTAGE;CLERK OF COURT, UNITED STATES | (0.58) | 871.92 |
| 10/04/2021 | NJSP | POS | POSTAGE; UNITED STATES MARSHALL SERVICE | (0.58) | 871.34 |
| 10/04/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 112443203 | (8.00) | 863.34 |
| 10/05/2021 | NJSP | CEC | COMMISSARY RETURN - ORD #10349575 | 4.62 | 867.96 |
| 10/06/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10357966 | (53.56) | 814.40 |
| 10/10/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 112977810 | (7.00) | 807.40 |
| 10/12/2021 | NJSP | PACK | PACKAGING CHARGE | (3.80) | 803.60 |
| 10/12/2021 | NJSP | SHIP | SHIPPING CHARGE | (7.37) | 796.23 |
| 10/12/2021 | NJSP | POS | POSTAGE;POLICY DEPARTMENT | 0.00 | 796.23 |
| 10/13/2021 | NJSP | FPAY | 11A /PAY UN /FPAY /RG:3 21 @ 1.40  09/01/2021-09/30/2021 | 29.40 | 825.63 |
| 10/13/2021 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 810.63 |
| 10/13/2021 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 825.63 |
| 10/14/2021 | NJSP | POS | POSTAGE-CLERK U.S. DISTRICT COURT NJ | (0.58) | 825.05 |
| 10/18/2021 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (20.00) | 805.05 |
| 10/18/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 113797143 | (50.00) | 755.05 |
| 10/19/2021 | NJSP | AR | AR- WALKENHORST'S -REFUND | 1.30 | 756.35 |
| 10/19/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10367773 | (22.29) | 734.06 |
| 10/20/2021 | NJSP | CDR | ROBERT DURHAM | (100.00) | 634.06 |
| 10/20/2021 | NJSP | POS | POSTAGE-CLERK US DISTRICT COURT | (0.58) | 633.48 |
| 10/21/2021 | NJSP | POS | POSTAGE - ELECTRONIC REPAIR | 0.00 | 633.48 |
| 10/21/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 114074675 | (10.00) | 623.48 |

COZ3BB5            NEW JERSEY STATE PRISON            OTRTASTA

## TRUST ACCOUNT STATEMENT

### STATEMENT DATE: 06/14/2021 - 12/14/2021

**SBI #:** OS01613467     **Name:** DURHAM, TREMAYNE     **DOB:** 11/04/1974
**LOCATION:** NJSP-WEST-1 RIGHT-FLATS-CELL 05     **INM#** 647007

**TRANSACTION DESCRIPTIONS**     **2101 SPENDABLE SUB ACCOUNT**

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---:|---:|
| 10/25/2021 | NJSP | MED | AUTOPAYMENT: MED 18-OCT-21 | (5.00) | 618.48 |
| 10/26/2021 | NJSP | POS | POSTAGE JEFFREY CROTHERS, ASSISTAN SUPER | 0.00 | 618.48 |
| 10/28/2021 | NJSP | CDR | GET IT DONE SOLUTIONS LLC | (122.00) | 496.48 |
| 10/29/2021 | NJSP | POS | POSTAGE-CLERK, US DISTRICT COURT | (0.58) | 495.90 |
| 11/08/2021 | NJSP | POS | POSTAGE | (0.73) | 495.17 |
| 11/08/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10377495 | (59.85) | 435.32 |
| 11/10/2021 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (20.00) | 415.32 |
| 11/12/2021 | NJSP | POS | POSTAGE-CLERK OF COURT US DISTRICT NJ CT | (0.73) | 414.59 |
| 11/12/2021 | NJSP | POS | POSTAGE-KIMBERLY G.WILLIAMS D.A.G. | (0.73) | 413.86 |
| 11/14/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 116016066 | (10.00) | 403.86 |
| 11/15/2021 | NJSP | FPAY | 11A /PAY UN /FPAY /RG:3 20 @ 1.40   10/01/2021-10/29/2021 | 28.00 | 431.86 |
| 11/15/2021 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 416.86 |
| 11/15/2021 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 431.86 |
| 11/15/2021 | NJSP | POS | POSTAGE JUDITH JOOHNSON MEDICAL | 0.00 | 431.86 |
| 11/22/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10385410 | (32.47) | 399.39 |
| 11/22/2021 | NJSP | POS | POSTAGE CLERK US DISTRICT CT | (0.73) | 398.66 |
| 11/29/2021 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (10.00) | 388.66 |
| 12/01/2021 | NJSP | JPAY | AUTOPAYMENT: JPAY  SETOFF_CODE:137460257 | 120.00 | 508.66 |
| 12/01/2021 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | (15.00) | 493.66 |
| 12/01/2021 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | 15.00 | 508.66 |
| 12/03/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 117536213 | (4.50) | 504.16 |
| 12/07/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10396916 | (12.51) | 491.65 |
| 12/08/2021 | NJSP | CEC | COMMISSARY RETURN - ORD #10396916 | 12.51 | 504.16 |
| 12/09/2021 | NJSP | GTL | GTL - PHONE DEBIT PURCHASE | (20.00) | 484.16 |
| 12/09/2021 | NJSP | CRS | COMMISSARY SALE - ORD #10399438 | (14.37) | 469.79 |
| 12/09/2021 | NJSP | POS | POSTAGE CLERK US DISTTRIC COURT | (0.58) | 469.21 |
| 12/09/2021 | NJSP | POS | POSTAGE WILLIAM B BOOTH DAG | (0.58) | 468.63 |
| 12/09/2021 | NJSP | POS | POSTAGE SAMUEL WEISS LAWYER RIGHTS | (0.58) | 468.05 |
| 12/09/2021 | NJSP | JPUR | AUTOPAYMENT: JPUR 118001467 | (9.00) | 459.05 |
| 12/10/2021 | NJSP | COP | LEGAL COPIES | (0.20) | 458.85 |
| 12/13/2021 | NJSP | FPAY | 11A /PAY UN /FPAY /RG:3 19 @ 1.40   11/01/2021-11/30/2021 | 26.60 | 485.45 |
| 12/14/2021 | NJSP | CDR | GOALFLI | (65.00) | 420.45 |



Tremayne Durham
647007  0501613467
NJSP
P.O. Box 861
Trenton, NJ 08625

CLERK, U.S. DISTRICT COURT
402 E. State Street, Rm 2020
Trenton, New Jersey 08608