UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREMAYNE DURHAM, <br><br> Plaintiff, <br><br> v. <br><br> C.O.R. G. KELLEY, *et al.*, <br><br> Defendants. | Civ. No. 21-4565 (MAS)(JBD) <br><br> **ORDER** |

Before the Court is the Office of the Attorney General ("OAG")'s letter filed on June 26, 2024 to (i) apprise the Court on the status of service for the remaining unserved defendants pursuant to the Court's April 17, 2024 text order [Dkt. 38], and (ii) request additional time to respond completely to the text order. [Dkt. 50.] The Court **GRANTS** the OAG's request for additional time to make a good-faith effort to provide under seal the full name and last known address of defendant Harris. The Court also instructs the OAG to file under seal the full name of defendant Gutowski. The OAG shall file via CM/ECF a status letter addressing these matters no later than **July 19, 2024**.

Separately, the Court directs counsel for defendant Spingler to review plaintiff's recent discovery motions, *see* [Dkts. 28, 43, 47], in which plaintiff indicates on information or belief that defendants Neal West, Judith Johnson, and/or FNU Maljean are (or were) employees of a Rutgers University medical component. No later than **July 19, 2024**, counsel for defendant Spingler shall file via CM/ECF a letter advising whether counsel is authorized to accept service on

behalf of any or all of these defendants, or is able to provide the last known addresses of these defendants.

It is **SO ORDERED** this 1st day of July, 2024.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE